IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CALIN MATEIAS

Criminal No. 03-281

ORDER

AND NOW, to wit, this 9th day of May, 2018, the within motion is granted, and it is hereby ORDERED that indictment number 03-281 Criminal against Calin Matieas be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
U.S. Attorney
U.S. Marshals
Pretrial Services